**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 05-cv-00143-REB-PAC

UNITED STATES OF AMERICA,

     Plaintiff,
v.

2003 DODGE RAM PICKUP 2500, VIN 3D7KU28D03G722493,

     Defendant.
_____

MINUTE ORDER
_____

     Plaintiff's Motion for Default Judgment and Final Order of Forfeiture [#15], filed July 25, 2005, is DENIED without prejudice for failure to comply with this court's practice standard REB Civ. Practice Standard V.I.1.

Dated:  August 2, 2005
-------------------------------------------------------------------------------------------------------