IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00143-REB-PAC

UNITED STATES OF AMERICA,

        Plaintiff,

v.

2003 DODGE RAM PICKUP 2500, VIN 3D7KU28D03G722493;

        Defendant.

## DEFAULT JUDGMENT AND FINAL ORDER OF FORFEITURE

**Blackburn, J.**

THIS MATTER comes before the Court on the United States' Motion for Default Judgment and Final Order of Forfeiture, the Court having reviewed said Motion FINDS:

THAT The United States commenced this action *in rem* pursuant to 21 U.S.C. § 881;

THAT all known interested parties have been provided an opportunity to respond and that publication has been effected as required by supplemental Rule C(4);

THAT after notice, there have been no Claims, Answers, or other responsive pleadings filed in this matter by any party as required by Rule C(6) of the Supplemental Rules for Certain Admiralty and Maritime Claims;

THAT based upon the facts and verification set forth in the Verified Complaint, it appears by a preponderance of the evidence that there was reasonable cause for the seizure of defendant 2003 Dodge Ram Pickup 2500, VIN 3D7KU28D03G722493

(defendant "Pickup") and a Certificate of Reasonable Cause is granted pursuant to 28 U.S.C. § 2465.  It further appears that there is cause to issue a forfeiture order under 21 U.S.C. § 881.

NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

THAT default judgment and forfeiture of defendant Pickup including all right, title, and interest is hereby entered in favor of the United States;

THAT the United States shall have full and legal title to the defendant Pickup and may dispose of it in accordance with law; and

THAT this Default Judgment and Final Order of Forfeiture shall serve as a Certificate of Reasonable Cause as to defendant Pickup under 28 U.S.C. § 2465.

Dated August 11, 2005.

BY THE COURT:

s/ Robert E. Blackburn

Robert E. Blackburn
United States District Court Judge