IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00143-REB-PAC

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2003 DODGE RAM PICKUP 2500, VIN 3D7KU28D03G722493;

    Defendant.

---

AMENDED DEFAULT JUDGMENT AND FINAL ORDER OF FORFEITURE

---

THIS MATTER comes before the Court on the United States' Motion to Amend Default Judgment and Final Order of Forfeiture, the Court having reviewed said Motion FINDS:

THAT The United States commenced this action *in rem* pursuant to 21 U.S.C. § 881;

THAT all known interested parties have been provided an opportunity to respond and that publication has been effected as required by supplemental Rule C(4);

THAT after notice, there have been no Claims, Answers, or other responsive pleadings filed in this matter by any party as required by Rule C(6) of the Supplemental Rules for Certain Admiralty and Maritime Claims;

THAT based upon the facts and verification set forth in the Verified Complaint, it appears by a preponderance of the evidence that there was reasonable cause for the seizure of defendant 2003 Dodge Ram Pickup 2500, VIN 3D7KU28D03G722493 (defendant "Truck") and a Certificate of Reasonable Cause is granted pursuant to 28 U.S.C. § 2465. It further appears that there is cause to

issue a forfeiture order under 21 U.S.C. § 881; and

THAT the United States has agreed to turn over defendant Truck to lienholder North Coast Credit Union as satisfaction of its lien upon payment to the United States the difference between its lien and the vehicle's value, and that the United States agrees to waive the storage costs and fees incurred during the pendency of this action.

NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

THAT default judgment and forfeiture of defendant Truck including all right, title, and interest is hereby entered in favor of the United States;

THAT the United States shall have full and legal title to the defendant Truck and may dispose of it in accordance with law;

THAT should the United States turn defendant Truck over to lienholder North Coast Credit Union upon payment by the lienholder the difference between its lien and the value of the Truck, the United States shall waive any and all storage costs and fees incurred to date for defendant Truck; and

THAT this Default Judgment and Final Order of Forfeiture shall serve as a Certificate of Reasonable Cause as to defendant Truck under 28 U.S.C. § 2465.

Dated this 8th day of May, 2006.

BY THE COURT:

**s/ Robert E. Blackburn**

_____
ROBERT E. BLACKBURN
United States District Court Judge